1  Tanya Moore, Esq. SBN 206683
   Zachary M. Best, SBN 166035
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorneys for Plaintiff,
   Jose Acosta
6

7

8                 UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10

11  JOSE ACOSTA,                        ) No.  1:16-cv-01742-LJO-EPG
                                        )
12          Plaintiff,                  ) **SECOND STIPULATION FOR**
                                        ) **EXTENSION OF TIME FOR BOTH**
13      vs.                             ) **DEFENDANTS TO RESPOND TO**
                                        ) **COMPLAINT ORDER**
14  SAID IBRAHIM MOHAMED GAD dba        )
    FRESNO AUTO SALES, et al.,          )
15                                      )
                                        )
16          Defendants.                 )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19  _____)

20

21

22

23

24

25

26

27

28

Page 1

WHEREAS, Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Said Ibrahim Mohamed Gad dba Fresno Auto Sales and Stan E. Olivas ("Defendants"), previously entered into a stipulation granting Defendants to and including January 9, 2017 to file a responsive pleading in this matter (Dkt. 6);

**WHEREAS,** Plaintiff and Defendants are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff, by and through his counsel of record, and Defendants, who are currently seeking counsel and are specially appearing on their own behalf for the sole purpose of obtaining this second extension, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendants may have to and including February 6, 2017 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated:  January 9, 2017                          MOORE LAW FIRM, P.C.


                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorneys for Plaintiff
                                                 Jose Acosta


Dated:  January 9, 2017                          */s/ Said Ibrahim Mohamed Gad*
                                                 Defendant, Said Ibrahim Mohamed Gad
                                                 dba Fresno Auto Sales


Dated: January 9, 2017                           */s/ Stan E. Olivas*
                                                 Defendant, Stan E. Olivas

**ATTESTATION**

1

2   I attest that the original signatures of the persons whose electronic signatures are shown above
are maintained by me, and that their concurrence in the filing of this document and attribution
3   of their signatures was obtained.

4
                                                    */s/ Tanya E. Moore*
5                                                   Tanya E. Moore
                                                    Attorneys for Plaintiff
6                                                   Jose Acosta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the time within which Defendants Said Ibrahim Mohamed Gad dba Fresno Auto Sales and Stan E. Olivas must file their responsive pleadings is extended to and including February 6, 2017.

IT IS SO ORDERED.

Dated:   __**January 10, 2017**__            /s/ *Erica P. Grosj*
                                    UNITED STATES MAGISTRATE JUDGE