**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA,<br><br>               Plaintiff,<br><br>     v.<br><br>SAID IBRAHIM MOHAMED GAD, doing business as Fresno Auto Sales, STAN E. OLIVAS,<br><br>               Defendants. | **Case No. 1:16-cv-01742-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 10) |

On February 13, 2017, Plaintiff filed a notice dismissing this action with prejudice. (ECF No. 10.) In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: **February 14, 2017**          /s/ *Erica P. Grosjean*
                                                       UNITED STATES MAGISTRATE JUDGE